# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00291-CV

**Randall Crowder, Appellant**

**v.**

**Philip Sanger, MD, Individually and Derivately on behalf of TEXO Ventures, LLC, TEXO Fund I, GP, LLC, and TEXO Ventures, LP, Appellees**

---

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-GN-16-005403, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant has filed a motion to abate the appeal for entry of a ruling on appellees' motion for an amended contempt order. We grant the motion and abate the appeal. Appellant is ordered to file either a report informing this Court of the status of the case or a motion to reinstate the case no later than November 30, 2021. Failure to do so will result in dismissal of the case. *See* Tex. R. App. P. 42.3(b), (c).

It is so ordered on October 22, 2021.

Before Chief Justice Byrne, Justices Triana and Kelly

Abated

Filed: October 22, 2021